UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                Case No. 2:24-cr-20214

v.                                  Honorable Susan K. DeClercq
                                       United States District Judge

RAYMOND FAIR,

        Defendant.
_____/

## ORDER DENYING AS MOOT DEFENDANT'S MOTION TO EXCLUDE OR LIMIT EVIDENCE OF ALLEGED "OTHER ACTS" (ECF No. 47)

Defendant Raymond Fair is charged with two counts of wire fraud in violation of 18 U.S.C. § 1343; one count of conspiracy to commit wire fraud in violation of 18 U.S.C. § 1349; and one count of making a false statement to a federal agency in violation of 18 U.S.C. § 1001(a)(2). ECF No. 14.

Fair's jury trial is scheduled to begin on December 2, 2025. *See* ECF No. 43. On October 24, 2025, Fair filed a motion to exclude "a 2014 document apparently alleging that a 'public adjuster' named Raymond Fair submitted 'falsified paperwork' in unrelated insurance matters." ECF No. 47 at PageID.269. Fair alleges this document is inadmissible under Federal Rules of Evidence 404(b)(1) and 403. *Id.*

On November 6, 2025, the Government filed a response to Fair's motion

explaining that, after conferring with Defense Counsel, the Government has agreed not to present evidence of the 2014 document in its case-in-chief. ECF No. 52 at PageID.442. However, the Government notes that it "reserves the right to present such evidence should Fair open the door to inquiry either through cross-examination, his case-in-chief, or if he chooses to testify in his defense." *Id.*

Accordingly, because the Government has agreed not to present the 2014 document in its case-in-chief, *see* ECF No. 52, Defendant's motion, ECF No. 47, will be denied as moot. If the Government introduces the document in response to Fair's cross-examination, testimony, or other inquiry during the trial, Fair may object at that time.

**This is not a final order and does not close the above-captioned case.**

/s/*Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: November 12, 2025